CREDIT SUISSE FIRST BOSTON CORPORATION, Appellant, v WILLIAM PITOFSKY et al., Respondents.

Submitted December 6, 2004; decided December 16, 2004

Motion to enlarge the record on appeal denied.

In the Matter of the Estate of ESHAGH ESHAGHIAN, Also Known as E. IKE ESHAGHIAN, Deceased. MAHROKH ESHAGHIAN et al., Respondents. DAVID ESHAGHIAN, Nonparty Appellant.

Submitted November 1, 2004; decided December 16, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Surrogate Court's order denying renewal, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

EDWIN FREDERICK, Respondent, v JOSEF FRIED, Appellant, et al., Defendant.

EDWIN FREDERICK et al., Respondents, v JOSEF FRIED, Appellant.

Submitted December 6, 2004; decided December 16, 2004

Motion for leave to appeal denied. Motion for a stay dismissed as academic.